UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MENDOZA,<br><br>　　Plaintiff(s)<br><br>　　v.<br><br>DCI DONOR SERVICES INC.,<br><br>　　Defendant(s) | **MINUTE ORDER**<br><br><br>Case No.:　　2:22-cv-00750-JDP |

Pursuant to [12] Court Minutes, this matter was referred to the magistrate judge for a settlement conference. A Settlement Conference is **SET** for **11/17/2022, at 10:00 AM**, before Magistrate Judge Deborah Barnes. The settlement conference will be conducted by video conference through zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Counsel must have access to a computer/digital device with audio and video function available for use on the video conference. Parties are **DIRECTED t**o submit confidential settlement conference statements **no later than 12:00 PM (Noon), on 11/10/2022,** to the following email address: dborders@caed.uscourts.gov. Settlement conference statements shall not exceed fifteen (15) pages (excluding exhibits). Settlement conference statements shall not be filed with

the Clerk. Additionally, each party shall file a "Notice of Submission of Confidential Settlement Conference Statement." (Rule 270 (d)). All parties are required to have principals present at the settlement conference. IT IS FURTHER ORDERED: An Informal Telephonic Conference is **SET** for **11/15/2022, at 02:30 PM**, before Magistrate Judge Deborah Barnes. To access the conference call, parties are instructed to call the following toll-free number from a land line: (877) 336-1828 and enter access code: 1864917#. IT IS FURTHER ORDERED: The lead attorney appearing at the settlement conference shall make the telephonic appearance at the informal conference.

KEITH HOLLAND, CLERK

DATED: September 19, 2022

By: /s/ N. Cannarozzi
Nic Cannarozzi, Courtroom Deputy
to the Honorable Jeremy D. Peterson